**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW HAMPSHIRE**

JORGE ABELARDO ORTIZ TOAPANTA

v. Case No. 26-cv-769-SM-AJ

FCI BERLIN WARDEN

**O R D E R**

Petitioner, a civil immigration detainee from Ecuador, filed this Petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1), asserting claims of unlawful detention in violation of his federal rights. Petitioner is detained at the Federal Correctional Institution in Berlin, New Hampshire ("FCI Berlin") in United States Immigration and Customs Enforcement ("ICE") custody. The Petition is before the court to determine if the claims asserted are not facially invalid and may proceed. See 28 U.S.C. § 2243; Rules 1(b) & 4 of the Rules Governing Section 2254 Cases; L.R. 4.3(d)(4).

Petitioner was arrested by ICE on September 8, 2026, while driving to his home. He has filed for asylum and his application remains pending. There is no final order for his removal.

Petitioner claims that his continued detention at FCI Berlin is unlawful. He seeks immediate release. Petitioner's detention appears to be governed by 8 U.S.C. § 1226(a) under the First Circuit's reasoning in Guerrero Orellana v. Moniz, Nos. 25-2152, 26-1094, 2026 WL 2352042, 2026 U.S. App. LEXIS 24493 (1st Cir. Aug. 13, 2026). Petitioner also appears to be similarly situated to the petitioner granted relief on procedural due process grounds in Destino v. FCI Berlin Warden, 2025 DNH 149, 2025 WL 4010424, 2025 U.S. Dist. LEXIS 269322 (D.N.H. Dec. 24, 2025).

Petitioner's claims warrant service and a response. Therefore, the Clerk's Office shall:

- Provide an electronic copy of this Order; the Notice & Stay Order (Doc. No. 2); and the Petition (Doc. No. 1) to the Civil Bureau Chief of the Office of the U.S. Attorney for the District of New Hampshire as soon as is practicable;

- Deliver a copy of the same documents to the U.S. Attorney for the District of New Hampshire, to the attention of the Civil Process Clerk;

- Send copies of the same documents by certified mail to:

    - **Warden, FCI Berlin,** 1 Success Loop Rd., Berlin, NH 03570;

    - **Director, Boston Field Office, U.S. Immigration and Customs Enforcement**, 1000 District Ave., Burlington, MA 01803; and

    - **U.S. Attorney General**, 950 Pennsylvania Ave. NW, Washington, D.C. 20530.

The Respondent shall file its response to the Petition within **seven** days of the date of this Order. In their response, the Respondent are directed to show cause why the Court should not issue an order granting the Petition by ordering Respondent to afford Petitioner a bond hearing within seven days of that order's issuance based on the court's reasoning in Guerrero Orellana or Destino.

A hearing on the Petition may be scheduled to occur on or after the date when the Respondent's response is due.

Any party may request a status conference at any time, including before service on Respondent is complete.

The Notice & Stay Order (Doc. No. 2) remains in effect.

SO ORDERED.

Andrea K. Johnstone
United States Magistrate Judge

September 24, 2026

cc: Jorge Abelardo Ortiz Toapanta, pro se